UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:21-CR-117 |
|---|---|
| v. | ) **ORDER TO DISMISS THE INDICTMENT** |
| JESSICA RENEE KIRKLAND | ) |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

Signed: December 14, 2022

Frank D. Whitney
United States District Judge